IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO | : | CIVIL ACTION |
| v. | : | |
| C.O. GUTHRIE, et al. | : | NO. 13-4476 |

FILED
NOV 26 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this 26th day of November, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff, Justin Michael Credico, #42438, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on the plaintiff's financial record, an initial partial filing fee is not assessed. The Warden or other appropriate official at the Chester County prison or at any other prison at which plaintiff may be confined shall, until the full filing fee is paid, deduct from plaintiff's prisoner account, each time that the account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court, U.S. District Court for the Eastern District of Pennsylvania, 601 Market St., Room 2609, Philadelphia PA 19106, to be credited to Civil Action No. 13-4476.

3. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e).

4. The Clerk of Court is directed to send a copy of this order to the Warden of the Chester County prison.

5.   The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

JUAN R. SANCHEZ, J.